# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-1248

———————————————

United States of America

*Plaintiff - Appellee*

v.

Ryan William McMillan

*Defendant - Appellant*

—————————

Appeal from United States District Court
for the District of Minnesota - St. Paul

—————————

Submitted: September 28, 2018
Filed: October 15, 2018
[Unpublished]

—————————

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

—————————

PER CURIAM.

Ryan McMillan directly appeals after the district court[1] resentenced him and imposed an above-Guidelines-range prison term. His counsel has filed briefs arguing

———————————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

that the sentence is procedurally and substantively unreasonable.[2] Counsel's motion for leave to withdraw is also pending.

After careful consideration of the record and the parties' arguments on appeal, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard); *see also United States v. Timberlake*, 679 F.3d 1008, 1012-13 (8th Cir. 2012) (finding no abuse of discretion in district court's decision to vary upward where district court emphasized, inter alia, defendant's criminal history). Accordingly, we affirm, and we grant counsel's motion to withdraw.

————————————————

[2]Counsel initially filed a brief under *Anders v. California*, 386 U.S. 738 (1967). After this court conducted an independent review under *Penson v. Ohio*, 488 U.S. 75 (1988), and ordered additional briefing, the parties filed supplemental briefs.